# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MIGUEL MORALES ESTUDILLO,**
**A# 208-024-284,**

    **Petitioner,**

vs.                                         Case No. 4:20cv546-TKW-MAF

**WILLIAM BARR, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

On November 20, 2020, the pro se Petitioner initiated this case by submitting a motion requesting leave to proceed in forma pauperis, ECF No. 2, and a petition for writ of habeas corpus, ECF No. 1, pursuant to 28 U.S.C. § 2241. Petitioner's motion was granted and the petition reviewed to determine if Petitioner had demonstrated a prima facie case for relief. *See* ECF No. 4. Petitioner alleged being a native and citizen of Mexico who first entered the United States in March 2005. ECF No. 1 at 2-3. Petitioner was ordered removed on January 21, 2020, and taken into custody on May 25, 2020. *Id.* Petitioner alleged that he had cooperated

fully with removal efforts and voluntarily provided identity documents, but he contends that ICE is "unable to remove" him to "any country." *Id.* Petitioner sought release from detention on the basis that "there is no significant likelihood" of his removal in the reasonably foreseeable future. *Id.* at 4.

Finding the petition sufficient to alert Respondents to the basis of Petitioner's claims, service was directed on December 7, 2020. ECF No. 4. Petitioner's copy of that Order has now been returned to the Court as undeliverable. ECF No. 7.

Furthermore, Respondents have filed a "notice of removal and motion to dismiss petition as moot." ECF No. 6. Respondents assert that Petitioner "was removed from the United States on December 9, 2020." ECF No. 6 at 1. The motion advises that "confirmation documents" will be filed when received by counsel. *Id.*

Although supporting documents have not yet been provided, considering the mail return which states "return to sender" and "no longer at this address," it appears that Petitioner has received the relief he requested in the petition - release from detention. Therefore, because Petitioner appears to no longer be in custody, this § 2241 petition should be dismissed as moot.

## RECOMMENDATION

It is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 6, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot** since Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on December 21, 2020.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.