IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MIGUEL MORALES ESTUDILLO,**
A# 208-024-284,

    Petitioner,

vs.                                        Case No. 4:20cv546-TKW-MAF

**WILLIAM P. BARR**, et al.,

    Respondents.
_____/

## ORDER OF DISMISSAL

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). ECF No. 1. Respondents' filed a motion to dismiss the petition as moot, ECF No. 6, advising that Petitioner had been removed from the United States to his native country of Mexico. Respondents further advised that "confirmation documents" would be filed when received. Id.

In light of the fact that Petitioner's copy of the Court Order directing service of the petition was returned to the Court as undeliverable, ECF No.

7, Magistrate Judge Fitzpatrick entered a recommendation to dismiss the case as moot since it appeared Petitioner was no longer in custody. ECF No. 8. Furthermore, Respondents have now filed a supplemental exhibit demonstrating that Petitioner was removed from the United States on December 9, 2020. ECF No. 9. Because Petitioner is no longer in custody and has received the relief requested, this § 2241 petition is dismissed as moot.

**IT IS ORDERED** that:

1. The Report and Recommendation, ECF No. 8, is **ADOPTED**.

2. Respondents' motion to dismiss, ECF No. 6, as supported by the supplemental Exhibit, ECF No. 9, is **GRANTED**.

3. This case is **DISMISSED as moot** since Petitioner is no longer in custody.

4. The Clerk of Court shall close the file.

**DONE and ORDERED** this 5th day of January, 2021.

*T. Kent Wetherell, II*
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE